# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**Michael King**

vs.

**Pulaski County School Board**

Action No:  7:14CV00602
Date:  05/02/16
Judge:  Hon. Glen E Conrad
Court Reporter:  Judy Webb
Deputy Clerk:  Susan Moody

Plaintiff Attorney(s)
Brittany Haddox, Esq.
Terry Grimes, Esq.

Defendant Attorney(s)
Jennifer Royer, Esq.

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

No Witnesses

DEFENDANT:

No Witnesses

PROCEEDINGS:
Parties present by counsel –on record for oral argument on Discovery Mtns by pltf filed at #34, #35
Argument
Ruling to follow

Time in Court:  10:38-11:00 22 mins.